IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**DALLAS MERRITT on behalf**     **PLAINTIFF**
**of his minor son, D.J.M.**

V.     NO. 4:23-CV-74-DMB-JMV

**MATT FAUROT and DOES 1-5**     **DEFENDANTS**

## ORDER

On April 27, 2023, Dallas Merritt, on behalf of his minor son D.J.M., filed a complaint in the United States District Court for the Northern District of Mississippi alleging that Matt Faurot's negligent acts and omissions caused an ATV to roll over on and cause serious and permanent injuries to D.J.M. while D.J.M. was visiting Faurot's home in Ethel, Mississippi. Doc. #1. On March 14, 2024, , the parties filed a joint motion to dismiss this case without prejudice. Doc. #29. As cause, they represent that Faurot provided Merritt with two affidavits stating, respectively, that "the property was not insured on the date of accident" and "has never been insured;" in his initial disclosures, "Faurot produced proof of no insurance;" and "for the sake of judicial economy, this case should be dismissed without prejudice, with each party to bear their own costs." *Id.* at PageID 60 (referencing Docs. #29-1, #29-2).

Upon consideration, the joint motion to dismiss [29] is **GRANTED**. A judgment will be issued accordingly.

**SO ORDERED**, this 15th day of March, 2024.

                                             **/s/Debra M. Brown**
                                             **UNITED STATES DISTRICT JUDGE**