IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**DALLAS MERRITT on behalf**                                    **PLAINTIFF**
**of his minor son, D.J.M.**

**V.**                                           **NO. 4:23-CV-74-DMB-JMV**

**MATT FAUROT and DOES 1-5**                                  **DEFENDANTS**

## JUDGMENT

In accordance with the order issued this day, this case is dismissed without prejudice, with each party to bear its own costs.

**SO ORDERED**, this 15th day of March, 2024.

                                                       /s/Debra M. Brown
                                                       **UNITED STATES DISTRICT JUDGE**